# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAY MOORHEAD, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 3:12-CV-00542-RCJ-WGC |
| UNITED STATES OF AMERICA, | ) **ORDER** |
|     Defendant. | ) |

Currently before the Court is a Motion to Admit Government Attorney (Jeanne M. Franken) (#31).

## DISCUSSION

The U.S. Attorney for the District of Nevada requests that this Court permit Jeanne M. Franken to practice before this Court in all matters on behalf of the federal defendant in this case. Ms. Franken is the Assistant Attorney in Charge of the West Coast Field Office of the Department of Justice, Office of the Torts Branch, Civil Division with her office located in San Francisco, California. Ms. Franken is an active member in good standing of the California Bar.

Nevada Local Rule IA 10-3 provides that: "*Unless otherwise ordered by the Court*, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment." Nev. Loc. R. IA 10-3 (emphasis added).

The Court denies the motion to permit appearance at this time. Before the Court will permit Ms. Franken to practice before this Court, the Court requires a showing that the Nevada admitted Assistant United States Attorneys in our judicial district are incapable of handling this matter.

**CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Motion to Admit Government Attorney (Jeanne M. Franken) (#31) is DENIED.

DATED: This 15th day of January, 2014.

_____
United States District Judge

2